# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| Bryon Scott, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK,<br>Defendant. | Case No.: 3:21-CV-00291-HZ |

## ORDER

**AND NOW**, this ___27___ day of _____March_____, 2024, upon consideration of the Parties Stipulation for Dismissal as to Defendant THE FEDERAL SAVINGS BANK, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.  It is hereby **ORDERED** and **DECREED** that the Stipulation for Dismissal as to Defendant THE FEDERAL SAVINGS BANK is **GRANTED**.

_____
Judge Marco A. Hernandez

3