## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| Bryon Scott, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK, FDE Marketing Group, LLC, Frank Bisesi, and Digital Media Solutions, LLC f/k/a Best Rate Referrals, Defendant. | Case No.: 3:21-CV-00291-HZ |

## **ORDER**

**AND NOW**, this ___3___ day of _____April_____, 2024, upon consideration of the Plaintiff's Motion for Dismissal as to FDE Marketing Group, LLC and Frank Bisesi without prejudice, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**. It is hereby **ORDERED** and **DECREED** that the Motion for Dismissal without prejudice as to FDE Marketing Group, LLC, Frank Bisesi is **GRANTED**.

_____
Judge Marco A. Hernandez

3